UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OSURE BROWN,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>TRANSWORLD SYSTEMS INC, et al.,<br><br>　　　　　　　Defendants. | Case No. C20-669 TLF<br><br>ORDER EXTENDING DEFENDANTS' DEADLINE TO ANSWER COMPLAINT |

Based on the parties' stipulation (Dkt. 23), the Court orders that all defendants' deadline to answer or otherwise respond to the Complaint in this action is extended to June 5, 2020.

Dated this 12th day of May, 2020.

*Theresa L. Fricke*
―――――――――――――――
Theresa L. Fricke
United States Magistrate Judge

ORDER EXTENDING DEFENDANTS' DEADLINE TO
ANSWER COMPLAINT - 1