THE HONORABLE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OSURE BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00669-TLF<br><br>DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT |

Defendant U.S. Bank National Association ("U.S. Bank") states in accordance with Rule 7.1 of the Federal Rules of Civil Procedure as follows:

U.S. Bank is a wholly-owned subsidiary of U.S. Bancorp, a publicly held Delaware corporation. Berkshire Hathaway Inc., together with certain of its affiliates, owns over 10% of U.S. Bancorp's outstanding common stock.

DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT (No. 2:20-cv-00669-TLF) –1

148202268.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| DATED: May 11, 2020 | By: s/ Kristine E. Kruger <br> By: s/ Thomas N. Abbott <br> Kristine E. Kruger #44612 <br> Thomas N. Abbott #53024 <br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA  98101-3099 <br> Telephone:  206.359.8000 <br> Facsimile:  206.359.9000 <br> Email:  KKruger@perkinscoie.com <br><br> *Attorneys for Defendants* <br><br> *U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2* <br><br> JONES DAY <br><br> By: s/ Albert J. Rota <br> Albert J. Rota, *Pro Hac Vice* <br> 2727 North Harwood St. <br> Dallas, TX 75201 <br> Office +1.214.969.3698 <br> Fax +1.214.969.5100 <br> ajrota@jonesday.com <br><br> *Attorneys for Defendant* <br><br> *U.S. Bank National Association* |

DEFENDANT U.S. BANK NATIONAL
ASSOCIATION'S CORPORATE DISCLOSURE
STATEMENT (No. 2:20-cv-00669-TLF) –2

148202268.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury under the laws of the United States that on the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of records.

DATED at Seattle, Washington this 13th day of May, 2020.

/s/ Kate Johnson
Kate Johnson, Legal Practice Assistant

DEFENDANT U.S. BANK NATIONAL
ASSOCIATION'S CORPORATE DISCLOSURE
STATEMENT (No. 2:20-cv-00669-TLF) –3

148202268.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000