THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSURE BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00669-RSL<br><br>STIPULATION AND ORDER TO ALTER STRUCTURE OF MOTION-TO-DISMISS BRIEFING |

**STIPULATION**

After the Parties' meet and confer on May 20, 2020, pursuant to Local Civil Rules 7(d)(1) and 10(g), and for the following reasons, Plaintiff Osure Brown ("Plaintiff") and Defendants Transworld Systems Inc. ("TSI"), Patenaude & Felix, APC ("P&F), U.S. Bank National Association ("U.S. Bank"), National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 (collectively, "the Trusts," and together with TSI, P&F, and U.S. Bank, "Defendants"), hereby

STIPULATION AND ORDER TO EXTEND
INITIAL DISCOVERY DEADLINES (No.
2:20-cv-00669-RSL) –1
148314019.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

stipulate and agree to structure the briefing on the Defendants' anticipated motions to dismiss in accordance with the agreement below.

The Defendants anticipate filing separate motions to dismiss. The Parties agree that, in order to avoid needless duplication of arguments, the Defendants shall be permitted to file a joint brief in support of those motions in order to address arguments common to all Defendants. Such joint brief shall not exceed thirty (30) double-spaced pages. Each individual Defendant shall also each be permitted to file a separate motion-to-dismiss brief addressing arguments relevant to the individual Defendant. Such individual briefs shall not exceed sixteen (16) double-spaced pages each. Plaintiff's opposition to the joint brief shall not exceed thirty (30) double-spaced pages and the opposition to each individual brief shall not exceed sixteen (16) double-spaced pages. Defendants' joint reply brief shall not exceed fifteen (15) double-spaced pages, and the reply in support of each individual Defendant's brief shall not exceed eight (8) double-spaced pages.

Such a stipulated briefing structure will save the Court and the Parties unnecessary time and effort with respect to briefing on overlapping or identical issues. No prior requests to alter the briefing structure have been made. Such a stipulation does not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, or the Local Civil Rules.

DATED:  May 26, 2020.

STIPULATION AND ORDER TO ALTER STRUCTURE OF MOTION-TO-DISMISS BRIEFING (No. 2:20-cv-00669-RSL) –2

148314019.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| HENRY & DEGRAAFF, P.S. | CONSUMER LAW CENTER, LLC |
| By: /s/ Christina L. Henry<br>Christina L. Henry, WSBA No. 31273<br>787 Maynard Ave S<br>Seattle, WA 98104<br>Telephone: 206.330.0595<br>Facsimile: 206.400.7609<br>chenry@HDM-legal.com | By: /s/ Phillip Robinson<br>Phillip Robinson, *Pro Hac Vice*<br>8737 Colesville Road, Suite 308<br>Silver Spring, MD 20910<br>phillip@marylandconsumer.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
| BORISON FIRM, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| By: /s/ Scott Borison<br>Scott Borison, *Pro Hac Vice*<br>1900 S. Norfolk St., Suite 350<br>San Mateo, CA 94403<br>scott@borisonfirm.com | By: /s/ Bryan C. Shartle, Esq.<br>Bryan C. Shartle, *Pro Hac Vice*<br>Justin Homes, *Pro Hac Vice*<br>Bradley St. Angelo, *Pro Hac Vice*<br>3850 North Causeway Boulevard, Suite 200<br>Metairie, LA 70002<br>bshartle@sessions.legal<br>jhomes@sessions.legal<br>bstangelo@sessions.legal |
| *Counsel for Plaintiff* | *Attorneys for Transworld Systems Inc.* |
| CORR CRONIN LLP | JONES DAY |
| By: /s/ Emily J. Harris<br>Emily J. Harris, WSBA No. 35763<br>Benjamin C. Byers, WSBA No. 52299<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>eharris@corrcronin.com<br>bbyers@corrcronin.com | By: /s/ Albert J. Rota<br>Albert J. Rota, *Pro Hac Vice*<br>2727 North Harwood St.<br>Dallas, TX 75201<br>ajrota@jonesday.com |
| *Attorneys for Transworld Systems Inc.* | *Attorneys for U.S. Bank National Association* |

STIPULATION AND ORDER TO ALTER
STRUCTURE OF MOTION-TO-DISMISS
BRIEFING (No. 2:20-cv-00669-RSL) –3

148314019.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| 1 | PERKINS COIE LLP | LEE SMART, P.S., INC. |
| 2 | By: /s/ Kristine E. Kruger | By: /s/ Marc Rosenberg |
| 3 | Kristine E. Kruger, WSBA No. 44612<br>1201 Third Avenue, Suite 4900 | Marc Rosenberg, WSBA No. 31034<br>1800 One Convention Place |
| 4 | Seattle, WA 98101<br>Telephone: 206.359.8000 | 701 Pike St.<br>Seattle, WA 98101 |
| 5 | Facsimile: 206.359.9000<br>KKruger@perkinscoie.com | Mr@leesmart.com |

*Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2*

*Attorneys for Patenaude & Felix, APC*

STIPULATION AND ORDER TO ALTER
STRUCTURE OF MOTION-TO-DISMISS
BRIEFING (No. 2:20-cv-00669-RSL) –4

148314019.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# ORDER

IT IS SO ORDERED.

In order to avoid needless duplication of arguments, the Defendants shall be permitted to file a joint brief to address motion-to-dismiss arguments common to all Defendants. Such joint brief shall not exceed thirty (30) double-spaced pages. Each individual Defendant shall also each be permitted to file a separate motion-to-dismiss brief addressing arguments relevant to the individual Defendant. Such individual briefs shall not exceed sixteen (16) double-spaced pages each. Plaintiff's opposition to the joint brief shall not exceed thirty (30) double-spaced pages and the opposition to each individual brief shall not exceed sixteen (16) double-spaced pages. Defendants' joint reply brief shall not exceed fifteen (15) double-spaced pages, and the reply in support of each individual Defendant's brief shall not exceed eight (8) double-spaced pages.

No prior requests to alter the briefing structure have been made. This order does not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, or the Local Civil Rules.

DATED this   27th   day of May, 2020.

_____
Honorable Robert S. Lasnik

STIPULATION AND ORDER TO ALTER
STRUCTURE OF MOTION-TO-DISMISS
BRIEFING (No. 2:20-cv-00669-RSL) –5

148314019.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000