THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSURE BROWN, on his own behalf and on behalf of other similarly situated persons,,

Plaintiff,

v.

TRANSWORLD SYSTEMS, INC., *et al*.,

Defendants.

Case No. 2:20-cv-00669-RSL

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND RESPONSIVE PLEADINGS DEADLINES, ADJUST FED. R. CIV. P. 12(b) BRIEFING STRUCTURE, AND CONTINUE INITIAL DISCOVERY DEADLINES

NOTE ON MOTION CALENDAR:
June 29, 2020

**STIPULATION**

The Parties' mutually agree to alter various scheduling and initial issues, pursuant to Local Civil Rules 7(d)(1) and 10(g), and for the following reasons, Plaintiff Osure Brown ("Plaintiff") and Defendants Transworld Systems Inc. ("TSI"), Patenaude & Felix, APC ("P&F), U.S. Bank National Association ("U.S. Bank"), National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National

STIPULATED MOTION AND ORDER TO EXTEND RESPONSIVE PLEADINGS DEADLINES, ADJUST FED.R.CIV.P. 12(b) BRIEFING STRUCTURE, AND CONTINUE INITIAL DISCOVERY DEADLINES (No. 2:20-cv-

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 (collectively, "the Trusts," and together with TSI, P&F, and U.S. Bank, "Defendants"), collectively the "Parties," hereby stipulate and agree, as follows:

1. The Parties stipulate that Defendants' deadline to answer or otherwise respond to the Amended Complaint (Dkt. No. 56) in the above-referenced action is extended from July 9, 2020 to August 6, 2020. No prior requests to extend Defendant's deadline to answer or otherwise respond to the Amended Complaint have been made.

2. The Parties also stipulate that if Defendants file motions pursuant to Fed.R.Civ.P. 12(b) in lieu of an answer on the stipulated responsive pleading deadline of August 6, 2020, Plaintiff shall have until September 10, 2020, to file any oppositions thereto, Defendants shall have until October 1, 2020, to file their replies, and the motions shall be noted for October 2, 2020. No prior requests to alter the timing of briefing on anticipated Rule 12(b) motions to dismiss the Amended Complaint have been made.

3. Defendants anticipate filing separate motions to dismiss the Amended Complaint. The Parties stipulate and agree to structure the briefing on Defendants' anticipated motions to dismiss in accordance with the below.

The Parties agree that, in order to avoid needless duplication of arguments, the Defendants shall be permitted to file a joint brief in support of those motions in order to address arguments common to all Defendants. Such joint brief shall not exceed twenty-two (22) double-spaced pages, excluding caption, table of contents, and signature blocks. Each individual Defendant shall also each be permitted to file a separate motion-to-dismiss brief addressing arguments relevant to the individual Defendant. Such individual briefs shall not exceed sixteen (16) double-spaced pages each. Plaintiff's opposition to the joint brief shall not exceed twenty-two (22) double-spaced pages and the opposition to each individual brief shall

STIPULATED MOTION AND ORDER TO EXTEND RESPONSIVE PLEADINGS DEADLINES, ADJUST FED.R.CIV.P. 12(b) BRIEFING STRUCTURE, AND CONTINUE INITIAL DISCOVERY DEADLINES (No. 2:20-cv-

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

not exceed sixteen (16) double-spaced pages. Defendants' joint reply brief shall not exceed eleven (11) double-spaced pages, and the reply in support of each individual Defendant's brief shall not exceed eight (8) double-spaced pages.

Such a briefing structure will save the Court and the Parties unnecessary time and effort with respect to briefing on overlapping or identical issues. No prior requests to alter the briefing structure of responsive pleadings to the Amended Complaint have been made.

4. The Parties also stipulate and agree to continue the deadlines for the Rule 26(f) conference, initial disclosures, and the joint status report as currently set by the Court's Stipulation and Order to Extend Initial Discovery Deadlines (Dkt. No. 35) subject to the limitations and agreement herein.

This is the Parties' second request to extend the initial discovery deadlines. Prior to the Plaintiff's filing of an Amended Complaint (Dkt. No. 56), the Court has previously extended initial discovery deadlines for initial discovery upon Stipulation of the Parties (Dkt. No. 35.) However, the filing of an Amended Complaint by Plaintiff and the anticipated motions practice in regard to the amended pleading provide good cause to amend the initial discovery dates. The initial discovery dates in the prior order were timed so that the briefing on motions to dismiss were to be completed prior to the initial discovery. Resetting the initial discovery dates so that this occurs again will permit the parties to set forth their claims and defenses prior to the initial discovery occurring, which it is believed will facilitate more complete initial discovery discussions.

The parties have entered into this stipulation and agreement to mutually cooperate in the management of this action. In addition, the Defendants have represented by their counsel that they require additional time to analyze the claims and issues presented in Plaintiff's Amended Complaint (Dkt. No. 56).

STIPULATED MOTION AND ORDER TO EXTEND RESPONSIVE PLEADINGS DEADLINES, ADJUST FED.R.CIV.P. 12(b) BRIEFING STRUCTURE, AND CONTINUE INITIAL DISCOVERY DEADLINES (No. 2:20-cv-

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Accordingly, the parties hereby stipulate and agree to extend the deadlines set forth in the Stipulation and Order to Extend Initial Discovery Deadlines (Dkt. No. 35) as follows:

| EVENT | SCHEDULED DATE | RESCHEDULED DATE |
|---|---|---|
| Deadline for FRCP 26(f) Conference | July 31, 2020 | October 15, 2020 or 14 days following any Defendant's reply in support of a timely-filed Rule 12(b) Motion, whichever is later |
| Deadline for Initial Disclosures | August 14, 2020 | October 29, 2020, or 14 days following the deadline for FRCP 26(f) Conference, whichever is later |
| Deadline for Joint Status Report and Discovery Plan | August 24, 2020 | November 5, 2020, or 21 days following the deadline for FRCP 26(f) Conference, whichever is later |

In addition, the Parties agree that they may exchange written discovery requests at any time and responses to such written discovery are not due until thirty days after the rescheduled and continued Fed.R.Civ.P. 26(f) conference or at another time as agreed to by the Parties in writing as necessary or appropriate, including any reasonable extensions that may be needed in light of certain issues related to the case and/or COVID-19 orders. Nothing in this agreement concerning discovery waives any objections that the Parties may have to such discovery or any party's ability to make rolling document productions or responses.

The foregoing stipulations do not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, or the Local Civil Rules.

STIPULATED MOTION AND ORDER TO EXTEND RESPONSIVE PLEADINGS DEADLINES, ADJUST FED.R.CIV.P. 12(b) BRIEFING STRUCTURE, AND CONTINUE INITIAL DISCOVERY DEADLINES (No. 2:20-cv-

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED: June 29, 2020.

HENRY & DEGRAAFF, P.S.

By: */s/ Christina L. Henry*
Christina L. Henry, WSBA No. 31273
787 Maynard Avenue South
Seattle, WA 98104
(206) 330-0595 Phone
(206) 400-7609 Fax
chenry@HDM-legal.com

*Counsel for Plaintiff*

CONSUMER LAW CENTER, LLC

By: */s/ Phillip Robinson*
Phillip Robinson, *Pro Hac Vice*
8737 Colesville Road, Suite 308
Silver Spring, MD 20910
(301) 448-1304 Phone
phillip@marylandconsumer.com

*Counsel for Plaintiff*

BORISON FIRM, LLC

By: */s/ Scott Borison*
Scott Borison, *Pro Hac Vice*
1900 S. Norfolk St., Suite 350
San Mateo, CA 94403
(301) 620-1016 Phone
(301) 620-1018 Fax
scott@borisonfirm.com

*Counsel for Plaintiff*

SESSIONS, FISHMAN, NATHAN & ISRAEL

By: */s/ Bryan C. Shartle*
Bryan C. Shartle, *Pro Hac Vice*
Justin Homes, *Pro Hac Vice*
Bradley St. Angelo, *Pro Hac Vice*
3850 North Causeway Boulevard, Suite 200
Metairie, LA 70002
(504) 828-3700 Phone
(504) 828-3737 Fax
bshartle@sessions.legal
jhomes@sessions.legal
bstangelo@sessions.legal

*Attorneys for Transworld Systems Inc.*

CORR CRONIN LLP

By: */s/ Emily J. Harris*
Emily J. Harris, WSBA No. 35763
Benjamin C. Byers, WSBA No. 52299
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
(206) 625-8600 Phone
(206) 625-0900 Fax
eharris@corrcronin.com
bbyers@corrcronin.com

*Attorneys for Transworld Systems Inc.*

JONES DAY

By: */s/ Albert J. Rota*
Albert J. Rota, *Pro Hac Vice*
2727 North Harwood St., Suite 500
Dallas, TX 75201
(214) 969-3698 Phone
(214) 969-5100 Fax
ajrota@jonesday.com

*Attorneys for U.S. Bank National Association*

STIPULATED MOTION AND ORDER TO EXTEND RESPONSIVE PLEADINGS DEADLINES, ADJUST FED.R.CIV.P. 12(b) BRIEFING STRUCTURE, AND CONTINUE INITIAL DISCOVERY DEADLINES (No. 2:20-cv-

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

PERKINS COIE LLP

By: /s/ Kristine E. Kruger
Kristine E. Kruger, WSBA No. 44612
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000 Phone
(206) 359.9000 Fax
KKruger@perkinscoie.com

*Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2*

LEE SMART, P.S., INC.

By: /s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
1800 One Convention Place
701 Pike Street, Suite 1800
Seattle, WA 98101
(206) 262-8308 Phone
(206) 624-5944 Fax
Mr@leesmart.com

*Attorneys for Patenaude & Felix, APC*

STIPULATED MOTION AND ORDER TO EXTEND RESPONSIVE PLEADINGS DEADLINES, ADJUST FED.R.CIV.P. 12(b) BRIEFING STRUCTURE, AND CONTINUE INITIAL DISCOVERY DEADLINES (No. 2:20-cv-

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

IT IS SO ORDERED. Accordingly;

The Parties' prior stipulations regarding responding to the initial complaint, briefing on motions to dismiss, and setting initial discovery deadlines are hereby superseded by the provisions in this Order, and this Order controls as to the matters set forth below.

Defendants' deadline to answer or otherwise respond to the Amended Complaint (Dkt. No. 56) is extended to August 6, 2020.

Should Defendants file motions pursuant to Fed. R. Civ. P. 12(b) in lieu of an answer to the Amended Complaint on the stipulated responsive pleading deadline of August 6, 2020, Plaintiff shall have until September 10, 2020, to file any oppositions thereto, Defendants shall have until October 1, 2020, to file their replies, and the motions shall be noted for October 2, 2020.

Furthermore in order to avoid needless duplication of arguments, the Defendants shall be permitted to file a joint brief in support of those motions in order to address arguments common to all Defendants. Such joint brief shall not exceed twenty-two (22) double-spaced pages. Each individual Defendant shall also each be permitted to file a separate motion-to-dismiss brief addressing arguments relevant to the individual Defendant. Such individual briefs shall not exceed sixteen (16) double-spaced pages each. Plaintiff's opposition to the joint brief shall not exceed twenty-two (22) double-spaced pages and the opposition to each individual brief shall not exceed sixteen (16) double-spaced pages. Defendants' joint reply brief shall not exceed eleven (11) double-spaced pages, and the reply in support of each individual Defendant's brief shall not exceed eight (8) double-spaced pages.

Initial Discovery deadlines are rescheduled, as follows:

STIPULATED MOTION AND ORDER TO EXTEND RESPONSIVE PLEADINGS DEADLINES, ADJUST FED.R.CIV.P. 12(b) BRIEFING STRUCTURE, AND CONTINUE INITIAL DISCOVERY DEADLINES (No. 2:20-cv-

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| EVENT | SCHEDULED DATE | RESCHEDULED DATE |
| --- | --- | --- |
| Deadline for FRCP 26(f) Conference | July 31, 2020 | October 15, 2020 or 14 days following any Defendant's reply in support of a timely-filed Rule 12(b) Motion, whichever is later |
| Deadline for Initial Disclosures | August 14, 2020 | October 29, 2020, or 14 days following the deadline for FRCP 26(f) Conference, whichever is later |
| Deadline for Joint Status Report and Discovery Plan | August 24, 2020 | November 5, 2020, or 21 days following the deadline for FRCP 26(f) Conference, whichever is later |

The extension of the above initial discovery deadlines does not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, or the Local Civil Rules.

The Parties may exchange written discovery requests at any time and responses to such written discovery are not due until thirty days after the rescheduled and continued Fed.R.Civ.P. 26(f) conference or at another time as agreed to by the Parties in writing as necessary or appropriate, including any reasonable extensions that may be needed in light of certain issues related to the case and/or COVID-19 orders.

DATED this 30th day of June, 2020.

Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND RESPONSIVE PLEADINGS DEADLINES, ADJUST FED.R.CIV.P. 12(b) BRIEFING STRUCTURE, AND CONTINUE INITIAL DISCOVERY DEADLINES (No. 2:20-cv-

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Presented By:

HENRY & DEGRAAFF, P.S.

By: */s/ Christina L. Henry*
Christina L. Henry, WSBA No. 31273
787 Maynard Avenue South
Seattle, WA 98104
(206) 330-0595 Phone
(206) 400-7609 Fax
chenry@HDM-legal.com

*Counsel for Plaintiff*

CONSUMER LAW CENTER, LLC

By: */s/ Phillip Robinson*
Phillip Robinson, *Pro Hac Vice*
8737 Colesville Road, Suite 308
Silver Spring, MD 20910
(301) 448-1304 Phone
phillip@marylandconsumer.com

*Counsel for Plaintiff*

BORISON FIRM, LLC

By: */s/ Scott Borison*
Scott Borison, *Pro Hac Vice*
1900 S. Norfolk St., Suite 350
San Mateo, CA 94403
(301) 620-1016 Phone
(301) 620-1018 Fax
scott@borisonfirm.com

*Counsel for Plaintiff*

SESSIONS, FISHMAN, NATHAN & ISRAEL

By: */s/ Bryan C. Shartle*
Bryan C. Shartle, *Pro Hac Vice*
Justin Homes, *Pro Hac Vice*
Bradley St. Angelo, *Pro Hac Vice*
3850 North Causeway Boulevard, Suite 200
Metairie, LA 70002
(504) 828-3700 Phone
(504) 828-3737 Fax
bshartle@sessions.legal
jhomes@sessions.legal
bstangelo@sessions.legal

*Attorneys for Transworld Systems Inc.*

CORR CRONIN LLP

By: */s/ Emily J. Harris*
Emily J. Harris, WSBA No. 35763
Benjamin C. Byers, WSBA No. 52299
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
(206) 625-8600 Phone
(206) 625-0900 Fax
eharris@corrcronin.com
bbyers@corrcronin.com

*Attorneys for Transworld Systems Inc.*

JONES DAY

By: */s/ Albert J. Rota*
Albert J. Rota, *Pro Hac Vice*
2727 North Harwood St., Suite 500
Dallas, TX 75201
(214) 969-3698 Phone
(214) 969-5100 Fax
ajrota@jonesday.com

*Attorneys for U.S. Bank National Association*

STIPULATED MOTION AND ORDER TO EXTEND RESPONSIVE PLEADINGS DEADLINES, ADJUST FED.R.CIV.P. 12(b) BRIEFING STRUCTURE, AND CONTINUE INITIAL DISCOVERY DEADLINES (No. 2:20-cv-

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

PERKINS COIE LLP

By: */s/ Kristine E. Kruger*
Kristine E. Kruger, WSBA No. 44612
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000 Phone
(206) 359.9000 Fax
KKruger@perkinscoie.com

*Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2*

LEE SMART, P.S., INC.

By: */s/ Marc Rosenberg*
Marc Rosenberg, WSBA No. 31034
1800 One Convention Place
701 Pike Street, Suite 1800
Seattle, WA 98101
(206) 262-8308 Phone
(206) 624-5944 Fax
Mr@leesmart.com

*Attorneys for Patenaude & Felix, APC*

STIPULATED MOTION AND ORDER TO EXTEND RESPONSIVE PLEADINGS DEADLINES, ADJUST FED.R.CIV.P. 12(b) BRIEFING STRUCTURE, AND CONTINUE INITIAL DISCOVERY DEADLINES (No. 2:20-cv-

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

1. I am employed at Corr Cronin LLP, attorneys for Defendant Transworld Systems Inc. herein.

2. On June 30, 2020, I caused a true and correct copy of the foregoing document to be served with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 30, 2020, at Seattle, Washington.

*s/ Donna Patterson*
Donna Patterson

STIPULATED MOTION AND ORDER TO EXTEND RESPONSIVE PLEADINGS DEADLINES, ADJUST FED.R.CIV.P. 12(b) BRIEFING STRUCTURE, AND CONTINUE INITIAL DISCOVERY DEADLINES (No. 2:20-cv-

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900