Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OSURE BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSWORLD SYSTEMS, INC., PATENAUDE & FELIX, APC; U.S. BANK, NA. NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2,<br><br>Defendants. | No. 2:20-cv-00669-TLF<br><br>ORDER ON DEFENDANT PATENAUDE & FELIX, APC'S RULE 12(b)(6) MOTION TO DISMISS<br><br>[PROPOSED] |

THIS MATTER, having come before the Court on Defendant Patenaude & Felix, APC's Rule 12(b)(6) Motion to Dismiss, the Court having reviewed the records and files herein, and specifically:

ORDER ON DEFENDANT PATENAUDE & FELIX,
APC'S RULE 12(B)(6) MOTION TO DISMISS - 1
2:20-cv-00669-TLF
6671428.doc

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1. Plaintiff's Amended Complaint, (Dkt 56);

2. Defendants' Joint Motion to Dismiss on Common Issues;

3. Defendant Patenaude & Felix, APC's Rule 12(b)(6) Motion to Dismiss;

4. Declaration of Kristine E. Kruger Requesting Judicial Notice, (Dkt 43);

5. Declaration of Marc Rosenberg Requesting Judicial Notice, (Dkt 48);

6. Plaintiff's Response to Motions to Dismiss

7. Defendants' Reply on Joint Motion to Dismiss on Common Issues;

8. Defendant Patenaude & Felix, APC's Reply on Rule 12(b)(6) Motion to Dismiss;

9. _____ ;

and the Court being fully advised in the premises, now, therefore, it is ORDERED that

1. Defendants' Joint Motion to Dismiss on Common Issues is hereby GRANTED.

2. Defendant Patenaude & Felix, APC's Rule 12(b)(6) Motion to Dismiss is hereby GRANTED;

3. All claims alleged against Patenaude & Felix, APC are hereby dismissed with prejudice, and Patenaude & Felix, APC is dismissed with prejudice as a party to this litigation for all purposes.

There being no just reason for delay, the Clerk is instructed to immediately enter this order.

ENTERED this ___ day of _____ , 2020.

_____
Hon. Robert S. Lasnik
U.S. District Court Judge

ORDER ON DEFENDANT PATENAUDE & FELIX,
APC'S RULE 12(B)(6) MOTION TO DISMISS - 2
2:20-cv-00669-TLF
6671428.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944