THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSURE BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00669-RSL<br><br>STIPULATION AND ORDER TO EXTEND INITIAL DISCOVERY DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br><br>September 8, 2020 |

**STIPULATION**

The Parties mutually agree to alter various briefing schedule deadlines, pursuant to Local Civil Rules 7(d)(1) and 10(g), and for the following reasons, Plaintiff Osure Brown ("Plaintiff") and Defendants Transworld Systems Inc. ("TSI"), Patenaude & Felix, APC ("P&F), U.S. Bank National Association ("U.S. Bank"), National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 (collectively, "the Trusts," and together with TSI, P&F, and U.S. Bank, "Defendants"), hereby stipulate and agree as follows:

STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES (No. 2:20-cv-00669-RSL) –1

**HENRY & DEGRAAFF**, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
FAX (206) 400-7609

1. The Parties stipulate that Plaintiff's deadline to file oppositions to the Defendants' Motions to Dismiss the Complaint (Dkts. No. 62—73) in the above-referenced action is extended from September 10, 2020 to September 24, 2020. Likewise the Defendants' deadline to file a Reply in Support of their Motions to Dismiss is extended from October 1, 2020 to October 15, 2020.

2. The Parties previously stipulated and extended their briefing deadlines related to the Motions to Dismiss (Dkts. No. 58, 59). However, since that stipulation, Plaintiff's counsel has undergone an unexpected medical procedure.

3. The parties have entered into this stipulation and agreement to mutually cooperate in the management of this action.  Accordingly, the parties hereby stipulate and agree to extend the deadlines set forth in the Order dated June 30, 2020 (Dkt. No. 59) as follows:

| EVENT | SCHEDULED DATE | RESCHEDULED DATE |
|---|---|---|
| Deadline for Plaintiff to file Oppositions to Defendants' Motions to Dismiss | September 10, 2020 | September 24, 2020 |
| Deadline for Defendants to file Reply in Support of their Motions to Dismiss | October 1, 2020 | October 15, 2020 |

The extension of the above deadlines does not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, or the Local Civil Rules.

DATED:  September 8, 2020.

STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES (No. 2:20-cv-00669-RSL) –2

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON  98104
telephone (206) 330-0595
FAX (206) 400-7609

| | | |
|---|---|---|
| 1 | | |
| 2 | HENRY & DEGRAAFF, P.S. | CONSUMER LAW CENTER, LLC |
| 3 | By: /s/ Christina L. Henry<br>Christina L. Henry, WSBA No. 31273 | By: /s/ Phillip Robinson<br>Phillip Robinson, *Pro Hac Vice*<br>8737 Colesville Road, Suite 308 |
| 4 | 787 Maynard Ave S<br>Seattle, WA 98104 | Silver Spring, MD 20910<br>phillip@marylandconsumer.com |
| 5 | Telephone: 206.330.0595<br>Facsimile: 206.400.7609 | *Counsel for Plaintiff* |
| 6 | chenry@HDM-legal.com | |
| 7 | *Counsel for Plaintiff* | |
| 8 | BORISON FIRM, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| 9 | | |
| 10 | By: /s/ Scott Borison<br>Scott Borison, *Pro Hac Vice* | By: /s/ Bryan C. Shartle, Esq.<br>Bryan C. Shartle, *Pro Hac Vice* |
| 11 | 1900 S. Norfolk St., Suite 350<br>San Mateo, CA 94403 | Justin Homes, *Pro Hac Vice*<br>Bradley St. Angelo, *Pro Hac Vice* |
| 12 | scott@borisonfirm.com | 3850 North Causeway Boulevard, Suite 200<br>Metairie, LA 70002 |
| 13 | *Counsel for Plaintiff* | bshartle@sessions.legal<br>jhomes@sessions.legal |
| 14 | | bstangelo@sessions.legal |
| 15 | | *Attorneys for Transworld Systems Inc.* |
| 16 | CORR CRONIN LLP | JONES DAY |
| 17 | By: /s/ Emily J. Harris | By: Albert J. Rota |
| 18 | Emily J. Harris, WSBA No. 35763<br>Benjamin C. Byers, WSBA No. 52299 | Albert J. Rota, *Pro Hac Vice*<br>2727 North Harwood St. |
| 19 | 1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154 | Dallas, TX 75201<br>ajrota@jonesday.com |
| 20 | eharris@corrcronin.com<br>bbyers@corrcronin.com | *Attorneys for U.S. Bank National Association* |
| 21 | *Attorneys for Transworld Systems Inc.* | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES (No. 2:20-cv-00669-RSL) –3

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
FAX (206) 400-7609

| | |
|---|---|
| PERKINS COIE LLP | LEE SMART, P.S., INC. |
| By: /s/ Kristine E. Kruger<br>Kristine E. Kruger, WSBA No. 44612<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>KKruger@perkinscoie.com | By: /s/ Marc Rosenberg<br>Marc Rosenberg, WSBA No. 31034<br>1800 One Convention Place<br>701 Pike St.<br>Seattle, WA 98101<br>Mr@leesmart.com |
| *Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2* | *Attorneys for Patenaude & Felix, APC* |

STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES (No. 2:20-cv-00669-RSL) –4

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
FAX (206) 400-7609

# ORDER

IT IS SO ORDERED. The amended deadlines are as follows:

| EVENT | SCHEDULED DATE | RESCHEDULED DATE |
|---|---|---|
| Deadline for Plaintiff to file Oppositions to Defendants' Motions to Dismiss | September 10, 2020 | September 24, 2020 |
| Deadline for Defendants to file Reply in Support of their Motions to Dismiss | October 1, 2020 | October 15, 2020 |

Defendants' motions to dismiss shall be re-noted for the Court's consideration on Friday, October 16, 2020. The extension of the above deadlines does not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, or the Local Civil Rules.

DATED this 9th day of September, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER TO EXTEND
INITIAL DISCOVERY DEADLINES
(No. 2:20-cv-00669-RSL) –5

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
FAX (206) 400-7609

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

1. I am counsel for the Plaintiff in this action.

2. On September 8, 2020, I caused a true and accurate copy of the foregoing document to be served on the Honorable Clerk of the Court using the CM/ECF system and all Parties to this action though their attorneys of record.

By: /s/ Christina L. Henry
Christina L. Henry, WSBA No. 31273

STIPULATION AND ORDER TO EXTEND
INITIAL DISCOVERY DEADLINES
(No. 2:20-cv-00669-RSL) –5

HENRY & DeGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
FAX (206) 400-7609