The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSURE BROWN, individually and on behalf of all other persons similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS, INC., et al.,<br><br>Defendants. | CASE NO. 2:20-cv-00669-RSL<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT TRANSWORLD SYSTEMS, INC. MOTION TO DISMISS (ECF 69).**<br><br>**NOTE FOR HEARING CALENDAR:**<br><br>**October 2, 2020** |

In response to the separate Motion to Dismiss filed by the defendant Transworld Systems, Inc. ("TSI"), Osure Brown ("Mr. Brown") incorporates his opposition to the joint motion to dismiss since TSI's separate motion incorporates or repeats the joint motion and the issues raised already addressed in his opposition to the joint motion.[1]

DATED this September 24, 2020.

*/s/ Christina L Henry*
Christina L Henry, WSBA 31273
HENRY & DEGRAAFF, PS
Counsel for Plaintiffs
787 Maynard Ave S
Seattle, WA 98104
206-330-0595 Fax 206-400-7609
chenry@hdm-legal.com,

---

[1] Plaintiff's Opposition to the Joint Motion to Dismiss address III, A, B, D, and E of the Trusts' motion.

| | |
|---|---|
| 1 | */s/ Scott C. Borison* |
| 2 | Scott C. Borison (Pro Hac Vice)<br>Borison Firm, LLC. |
| 3 | Counsel for Plaintiffs<br>1900 S. Norfolk St. Suite 350 |
| 4 | San Mateo CA 94401<br>301-620-1016 Fax 301-620-1018 |
| 5 | scott@borisonfirm.com |
| 6 | |
| 7 | */s/ Phillip R. Robinson*<br>Phillip R. Robinson (Pro Hac Vice) |
| 8 | Consumer Law Center LLC<br>8737 Colesville Road, Suite 308 |
| 9 | Silver Spring, MD 20910<br>(301) 448-1304 |
| 10 | phillip@marylandconsumer.com |