THE HONORABLE ROBERT S. LASNIK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSURE BROWN, on his own behalf and on behalf of other similarly situated persons,

Plaintiff,

v.

TRANSWORLD SYSTEMS, INC., *et al.*,

Defendants.

No. 2:20-cv-00669-RSL

STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF DISCOVERY

NOTE ON MOTION CALENDAR:

January 19, 2021

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Osure Brown ("Plaintiff") and Defendants Transworld Systems Inc. ("TSI"), Patenaude & Felix, APC ("P&F), U.S. Bank National Association ("U.S. Bank"), National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 (collectively, "the Trusts," and together with TSI, P&F, and U.S. Bank, "Defendants"), hereby stipulate and agree to stay discovery, including responses to outstanding Requests for Production and Notices of Deposition, until 30 days after the Court rules on the defendants' pending

STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF DISCOVERY (No. 2:20-cv-00669-RSL) –1

151033028.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1   Motions to Dismiss filed on August 6, 2020 and noted for hearing on October 16, 2020[1].  The

2   parties have further agreed that if the Court denies any defendant's motion to dismiss in whole or

3   in part and taking into account the Court's ruling:

4          1.      Any remaining parties agree to jointly or separately meet and confer within 10

5   days of the Court's ruling to determine available dates and confer concerning any objections or

6   other issues related to the Notices of Deposition served on or before January 12, 2021; and

7          2.      Without waiving any objections to specific Requests for Production and any

8   subsequent meet and confer, defendants agree to make good faith efforts to produce responses

9   and document production within 30 days of the Court's ruling on Requests for Production served

10  on or before January 12, 2021.

11         The parties have entered into this stipulation and agreement to mutually cooperate in the

12  management of this action. Nothing in this agreement concerning discovery waives any

13  objections that the Parties may have to such discovery or any party's ability to make rolling

14  document productions.

---

[1] *See* Dkt. Nos. 62, 65, 68, 69, 71 and 77.

STIPULATION AND [PROPOSED] ORDER
REGARDING STAY OF DISCOVERY (No. 2:20-cv-
00669-RSL) –2
151033028.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    DATED:  January 19, 2021.

2    HENRY & DEGRAAFF, P.S.                         CONSUMER LAW CENTER, LLC

3    By: /s/ Christina L. Henry                      By: /s/ Phillip Robinson
     Christina L. Henry, WSBA No. 31273              Phillip Robinson, *Pro Hac Vice*
4                                                    8737 Colesville Road, Suite 308
     787 Maynard Ave S                               Silver Spring, MD 20910
5    Seattle, WA 98104                               phillip@marylandconsumer.com
     Telephone: 206.330.0595
6    Facsimile: 206.400.7609                         *Counsel for Plaintiff*
     chenry@HDM-legal.com
7

8    *Counsel for Plaintiff*

9    BORISON FIRM, LLC                               SESSIONS, FISHMAN, NATHAN & ISRAEL

10   By: /s/ Scott Borison                           By: /s/ Bryan C. Shartle, Esq.
     Scott Borison, *Pro Hac Vice*                   Bryan C. Shartle, *Pro Hac Vice*
11   1900 S. Norfolk St., Suite 350                  Justin Homes, *Pro Hac Vice*
     San Mateo, CA 94403                             Bradley St. Angelo, *Pro Hac Vice*
12   scott@borisonfirm.com                           3850 North Causeway Boulevard, Suite 200
                                                      Metairie, LA 70002
13   *Counsel for Plaintiff*                         bshartle@sessions.legal
                                                      jhomes@sessions.legal
14                                                    bstangelo@sessions.legal

15
                                                      *Attorneys for Transworld Systems Inc.*
16

17   CORR CRONIN LLP                                 JONES DAY

18   By: /s/ Emily J. Harris                         By: Albert J. Rota
     Emily J. Harris, WSBA No. 35763                 Albert J. Rota, *Pro Hac Vice*
19   Benjamin C. Byers, WSBA No. 52299               2727 North Harwood St.
     1001 Fourth Avenue, Suite 3900                  Dallas, TX 75201
20   Seattle, WA 98154                               ajrota@jonesday.com
     eharris@corrcronin.com
21   bbyers@corrcronin.com                           *Attorneys for U.S. Bank National Association*

22   *Attorneys for Transworld Systems Inc.*

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
REGARDING STAY OF DISCOVERY (No. 2:20-cv-
00669-RSL) –3

151033028.1

1

PERKINS COIE LLP

2

By: /s/ Kristine E. Kruger

3

By: /s/ Thomas N. Abbott
Kristine E. Kruger #44612
Thomas N. Abbott #53024

4

1201 Third Avenue, Suite 4900
Seattle, WA 98101

5

Telephone: 206.359.8000
Facsimile: 206.359.9000

6

KKruger@perkinscoie.com
TAbbott@perkinscoie.com

7

8

*Attorneys for Defendants U.S. Bank National
Association, National Collegiate Student Loan
Trust 2004-1, National Collegiate Student*

9

*Loan Trust 2004-2, National Collegiate
Student Loan Trust 2005-1, National*

10

*Collegiate Student Loan Trust 2005-2,
National Collegiate Student Loan Trust 2005-*

11

*3, National Collegiate Student Loan Trust
2006-1, National Collegiate Student Loan*

12

*Trust 2006-2, National Collegiate Student
Loan Trust 2007-1, National Collegiate*

13

*Student Loan Trust 2007-2*

14

15

16

17

18

19

20

21

22

23

24

25

26

LEE SMART, P.S., INC.

By: /s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
1800 One Convention Place
701 Pike St.
Seattle, WA 98101
Mr@leesmart.com

*Attorneys for Patenaude & Felix, APC*

STIPULATION AND [PROPOSED] ORDER
REGARDING STAY OF DISCOVERY (No. 2:20-cv-
00669-RSL) –4

151033028.1

1

2

3

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Discovery in this matter is stayed, including responses to outstanding Requests for

Production and Notices of Deposition, until 30 days after the Court rules on the defendants'

pending motions to dismiss.  If the Court denies any of defendant's motion to dismiss in whole

or in part and taking into account the Court's ruling:

4

5

6

7

8

9

10

1.      The parties shall jointly or separately meet and confer within 10 days of the

Court's ruling to determine available dates and confer concerning any objections or other issues

related to the Notices of Deposition served on or before January 12, 2021; and

11

12

13

2.      Without waiving any objections to specific Requests for Production and any

subsequent meet and confer, defendants shall make good faith efforts to produce responses and

document production within 30 days of the Court's ruling on Requests for Production served on

or before January 12, 2021.

14

15

DATED this _____ day of January, 2021.

16

17

_____

Honorable Robert S. Lasnik

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
REGARDING STAY OF DISCOVERY (No. 2:20-cv-
00669-RSL) – 5

151033028.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000