THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSURE BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00669-RSL<br><br>STIPULATION AND ORDER REGARDING STAY OF DISCOVERY |

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Osure Brown ("Plaintiff") and Defendants Transworld Systems Inc. ("TSI"), Patenaude & Felix, APC ("P&F), U.S. Bank National Association ("U.S. Bank"), National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 (collectively, "the Trusts," and together with TSI, P&F, and U.S. Bank, "Defendants"), hereby stipulate and agree to stay discovery, including responses to outstanding Requests for Production and Notices of Deposition, until 30 days after the Court rules on the defendants' pending

STIPULATION AND ORDER REGARDING STAY
OF DISCOVERY (No. 2:20-cv-00669-RSL) –1

151033028.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Motions to Dismiss filed on August 6, 2020 and noted for hearing on October 16, 2020[1].  The parties have further agreed that if the Court denies any defendant's motion to dismiss in whole or in part and taking into account the Court's ruling:

    1.    Any remaining parties agree to jointly or separately meet and confer within 10 days of the Court's ruling to determine available dates and confer concerning any objections or other issues related to the Notices of Deposition served on or before January 12, 2021; and

    2.    Without waiving any objections to specific Requests for Production and any subsequent meet and confer, defendants agree to make good faith efforts to produce responses and document production within 30 days of the Court's ruling on Requests for Production served on or before January 12, 2021.

The parties have entered into this stipulation and agreement to mutually cooperate in the management of this action. Nothing in this agreement concerning discovery waives any objections that the Parties may have to such discovery or any party's ability to make rolling document productions.

---

[1] *See* Dkt. Nos. 62, 65, 68, 69, 71 and 77.

STIPULATION AND ORDER REGARDING STAY
OF DISCOVERY (No. 2:20-cv-00669-RSL) –2

151033028.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  DATED: January 19, 2021.

2  HENRY & DEGRAAFF, P.S.                          CONSUMER LAW CENTER, LLC

3  By: /s/ Christina L. Henry                     By: /s/ Phillip Robinson
   Christina L. Henry, WSBA No. 31273             Phillip Robinson, *Pro Hac Vice*
4  787 Maynard Ave S                              8737 Colesville Road, Suite 308
   Seattle, WA 98104                              Silver Spring, MD 20910
5  Telephone: 206.330.0595                        phillip@marylandconsumer.com
6  Facsimile: 206.400.7609                        *Counsel for Plaintiff*
7  chenry@HDM-legal.com

8  *Counsel for Plaintiff*

9  BORISON FIRM, LLC                              SESSIONS, FISHMAN, NATHAN & ISRAEL

10 By: /s/ Scott Borison                          By: /s/ Bryan C. Shartle, Esq.
   Scott Borison, *Pro Hac Vice*                  Bryan C. Shartle, *Pro Hac Vice*
11 1900 S. Norfolk St., Suite 350                 Justin Homes, *Pro Hac Vice*
   San Mateo, CA 94403                            Bradley St. Angelo, *Pro Hac Vice*
12 scott@borisonfirm.com                          3850 North Causeway Boulevard, Suite 200
13                                                Metairie, LA 70002
   *Counsel for Plaintiff*                        bshartle@sessions.legal
14                                                jhomes@sessions.legal
                                                  bstangelo@sessions.legal
15
                                                  *Attorneys for Transworld Systems Inc.*
16

17 CORR CRONIN LLP                                JONES DAY

18 By: /s/ Emily J. Harris                        By: Albert J. Rota
   Emily J. Harris, WSBA No. 35763                Albert J. Rota, *Pro Hac Vice*
19 Benjamin C. Byers, WSBA No. 52299              2727 North Harwood St.
   1001 Fourth Avenue, Suite 3900                 Dallas, TX 75201
20 Seattle, WA 98154                              ajrota@jonesday.com
   eharris@corrcronin.com
21 bbyers@corrcronin.com                          *Attorneys for U.S. Bank National Association*

22 *Attorneys for Transworld Systems Inc.*

23

24

25

26

---

STIPULATION AND ORDER REGARDING STAY
OF DISCOVERY (No. 2:20-cv-00669-RSL) –3

151033028.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| 1 | PERKINS COIE LLP | LEE SMART, P.S., INC. |
| 2 | By: /s/ Kristine E. Kruger | By: /s/ Marc Rosenberg |
| 3 | By: /s/ Thomas N. Abbott<br>Kristine E. Kruger #44612 | Marc Rosenberg, WSBA No. 31034<br>1800 One Convention Place |
| 4 | Thomas N. Abbott #53024<br>1201 Third Avenue, Suite 4900 | 701 Pike St. |
| 5 | Seattle, WA 98101<br>Telephone: 206.359.8000 | Seattle, WA 98101<br>Mr@leesmart.com |
| 6 | Facsimile: 206.359.9000<br>KKruger@perkinscoie.com | |
| 7 | TAbbott@perkinscoie.com | *Attorneys for Patenaude & Felix, APC* |

*Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2*

STIPULATION AND ORDER REGARDING STAY OF DISCOVERY (No. 2:20-cv-00669-RSL) –4

151033028.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ORDER

IT IS SO ORDERED.

Discovery in this matter is stayed, including responses to outstanding Requests for Production and Notices of Deposition, until 30 days after the Court rules on the defendants' pending motions to dismiss. If the Court denies any of defendant's motion to dismiss in whole or in part and taking into account the Court's ruling:

1. The parties shall jointly or separately meet and confer within 10 days of the Court's ruling to determine available dates and confer concerning any objections or other issues related to the Notices of Deposition served on or before January 12, 2021; and

2. Without waiving any objections to specific Requests for Production and any subsequent meet and confer, defendants shall make good faith efforts to produce responses and document production within 30 days of the Court's ruling on Requests for Production served on or before January 12, 2021.

DATED this __25th__ day of January, 2021.

*/s/ Robert S. Lasnik*

Honorable Robert S. Lasnik

STIPULATION AND ORDER REGARDING STAY
OF DISCOVERY (No. 2:20-cv-00669-RSL) – 5

151033028.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000