THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSURE BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00669-RSL<br><br>NOTICE OF WITHDRAWAL |

Pursuant to LCR 83.2(b)(2), counsel Daniel Syed for Defendant U.S. Bank National Association hereby notifies the Court that he respectfully withdraws as counsel in the above-referenced matter. Mr. Syed was previously admitted to appear *pro hac vice*. *See* Dkt. No. 74. Mr. Syed withdraws from this matter because he will no longer work at Jones Day as of April 9, 2021.  Albert J. Rota of Jones Day will continue as counsel for U.S. Bank National Association. *See* Dkt. No. 20.

NOTICE OF WITHDRAWAL (No. 2:20-cv-00669-RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

152064631.1

DATED: April 5, 2021

By: s/ Kristine E. Kruger
By: s/ Thomas N. Abbott
Kristine E. Kruger #44612
Thomas N. Abbott #53024
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  KKruger@perkinscoie.com
Email:  TAbbott@perkinscoie.com

*Attorneys for Defendants*

*U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2*

JONES DAY

/s/Dan Syed

Dan Syed
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201-1515
Tel: (214) 969-5209
Fax: (214) 969-5100
dsyed@jonesday.com

*Counsel for Defendant U.S. Bank*

NOTICE OF WITHDRAWAL (No. 2:20-cv-00669-RSL) – 2

152064631.1

**CERTIFICATE OF SERVICE**

I hereby certify under the penalty of perjury under the laws of the United States that on the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of records.

DATED at Seattle, Washington this 5th day of April, 2021.

/s/ Kate Johnson
Kate Johnson, Legal Practice Assistant

NOTICE OF WITHDRAWAL (No. 2:20-cv-00669-RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

152064631.1