# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| OSURE BROWN,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>TRANSWORLD SYSTEMS INC,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:20-cv-00669-DGE |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　The Court has ORDERED that judgment is entered in favor of Defendants Transworld Systems Inc, Patenaude & Felix APC, US Bank NA, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 against Plaintiff Osure Brown.  Plaintiff's claims are DISMISSED with prejudice.

　　Dated February 22, 2022.


　　　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　s/Ann Duke
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk