**FILED**

AUG 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OSURE BROWN,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>TRANSWORLD SYSTEMS, INC.; et al.,<br><br>        Defendants-Appellees. | No.   22-35244<br><br>D.C. No. 2:20-cv-00669-DGE<br>Western District of Washington, Seattle<br><br>ORDER |

Before:  W. FLETCHER, PAEZ, and VANDYKE, Circuit Judges.

    Appellant's petition for panel rehearing is DENIED.

    The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc.  Fed R. App. P. 35.  The petition for rehearing en banc is DENIED.