UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OSURE BROWN,<br><br>          Plaintiff - Appellant,<br><br>   v.<br><br>TRANSWORLD SYSTEMS, INC.; et al.,<br><br>          Defendants - Appellees. | No. 22-35244<br><br>D.C. No. 2:20-cv-00669-DGE<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered July 14, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT