UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSURE BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00669-DGE<br><br>NOTICE OF MOTION RE-NOTE<br><br>DEFENDANTS U.S. BANK NATIONAL ASSOCIATION, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, AND NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2'S RENEWED MOTION TO DISMISS UNDER RULE 12(B)(6)<br><br>RE-NOTE ON MOTION CALENDAR:<br><br>NOVEMBER 17, 2023<br><br>ORAL ARGUMENT REQUESTED |

NOTICE OF MOTION RE-NOTE – 1
(No. 2:20-cv-00669-DGE)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

164169725.1

1  TO:           CLERK OF THE COURT

2  AND TO:       ALL PARTIES AND COUNSEL OF RECORD

3       **PLEASE TAKE NOTICE** that Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 hereby re-notes their Renewed Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 130), filed with the Court on September 26, 2023, for Friday, November 17, 2023.

NOTICE OF MOTION RE-NOTE – 2
(No. 2:20-cv-00669-DGE)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

164169725.1

| | |
|---|---|
| Dated: October 13, 2023 | By:  s/ *Kristine E. Kruger*<br>Kristine E. Kruger, Bar No. 44612<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>KKruger@perkinscoie.com<br><br>*Attorneys for Defendants*<br><br>*U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2*<br><br>**JONES DAY**<br><br>By:  s/ *Albert J. Rota*<br>Albert J. Rota, *Pro Hac Vice*<br>2727 North Harwood St.<br>Dallas, TX 75201<br>ajrota@jonesday.com<br><br>By: s/ *Anthony M. Masero*<br>Anthony M. Masero, *Pro Hac Vice*<br>100 High Street, 21st Floor<br>Boston, MA 02110<br>amasero@jonesday.com<br><br>*Attorneys for Defendant*<br>*U.S. Bank National Association* |

NOTICE OF MOTION RE-NOTE – 3
(No. 2:20-cv-00669-DGE)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

164169725.1

CERTIFICATE OF SERVICE
(No. 2:20-cv-00669-DGE)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

164169725.1