# PERKINS COIE

1201 Third Avenue  
Suite 4900  
Seattle, WA 98101-3099

T. +1.206.359.8000  
F. +1.206.359.9000  
PerkinsCoie.com

December 7, 2023

Kristine E. Kruger  
KKruger@perkinscoie.com  
D. +1.206.359.3111  
F. +1.206.359.4111

**VIA ECF**

The Honorable David G. Estudillo  
United States District Judge  
U.S. District Court for the Western District of Washington  
United States Courthouse  
1717 Pacific Avenue, Suite 4410  
Tacoma, WA 98402-3200

      **Re:** *Osure Brown v. Transworld Systems, Inc., et al.*, Case No. 2:20-CV-00669

Dear Judge Estudillo:

      The parties write jointly to provide an update concerning the Court's request for a joint status report regarding a trial date, pursuant to this Court's order dated November 20, 2023 (ECF 140).

      During the past several months, the Parties have met and conferred on multiple occasions on how to potentially streamline and resolve the related pending matters to reduce burdens and work for the Court and the parties alike. To that end the Parties have agreed in principle to file a stipulated motion to consolidate (the "Consolidation Motion") two cases currently pending in this Court: *Osure Brown v. Transworld Systems, Inc.* (No. 2:20-CV-00669) ("*O. Brown*") and *Tommy Brown v. Transworld Systems, Inc.* (No. 2:20-CV-00680) ("*T. Brown*"). The Parties believe that consolidation is appropriate at this time because bankruptcy-related claims in *O. Brown* have been dismissed, and those dismissals have been affirmed by the Ninth Circuit. The remaining claims in each putative class action case relate to alleged actions undertaken to collect on the same ten student loans for the Plaintiff in *O. Brown* (who is the primary borrower) and the Plaintiff in *T. Brown* (who is the co-borrower). The parties also believe that consolidation will result in substantial efficiencies in regard to streamlining discovery, motions practice, and the time and cost to the parties and preservation of Court resources.

      The parties request until January 8, 2024 to file the stipulated Consolidation Motion in the appropriate case, which shall include a proposed schedule for Plaintiffs to file a consolidated complaint, Defendants' responses to the same, revised discovery deadlines, and proposed dates for class certification motions and potential motions concerning loan ownership (as currently contemplated in *T. Brown*). Therefore, in the interest of efficiency for both the parties and the Court, the parties jointly request the Court postpone the request for a joint status report regarding the trial date in ECF 140 and suspend the deadlines relating to motion to dismiss briefing and

answers to the Second Amended Complaint as set forth in the Court's Order on Stipulated Motion Regarding Pending Motion to File Second Amended Complaint, Pending Motion to Dismiss, and Future Briefing Schedule. (ECF 138). A proposed order is attached.

HENRY & DEGRAAFF, P.S.

By: /s/ Christina L. Henry
Christina L. Henry, WSBA No. 31273
787 Maynard Ave S
Seattle, WA 98104
Telephone: 206.330.0595
Facsimile: 206.400.7609
chenry@HDM-legal.com

*Counsel for Plaintiff*

BORISON FIRM, LLC

By: /s/ Scott Borison
Scott Borison, *Pro Hac Vice*
1900 S. Norfolk St., Suite 350
San Mateo, CA 94403
scott@borisonfirm.com

*Counsel for Plaintiff*

CONSUMER LAW CENTER, LLC

By: /s/ Phillip Robinson
Phillip Robinson, *Pro Hac Vice*
10125 Colesville Road, Suite 378
Silver Spring, MD 20901
phillip@marylandconsumer.com

*Counsel for Plaintiff*

SESSIONS, ISRAEL & SHARTLE

By: /s/ Bryan C. Shartle, Esq.
Bryan C. Shartle, *Pro Hac Vice*
Justin Homes, *Pro Hac Vice*
Bradley St. Angelo, *Pro Hac Vice*
3838 N. Causeway Boulevard, Suite 2800
Metairie, LA 70002-8319
bshartle@sessions.legal
jhomes@sessions.legal
bstangelo@sessions.legal

*Attorneys for Transworld Systems Inc.*

| | |
|---|---|
| CORR CRONIN LLP | JONES DAY |
| By: /s/ Emily J. Harris<br>Emily J. Harris, WSBA No. 35763<br>Benjamin C. Byers, WSBA No. 52299<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>eharris@corrcronin.com<br>bbyers@corrcronin.com<br><br>*Attorneys for Transworld Systems Inc.* | By: Albert J. Rota<br>Albert J. Rota, *Pro Hac Vice*<br>2727 North Harwood St.<br>Dallas, TX 75201<br>ajrota@jonesday.com<br><br>*Attorneys for U.S. Bank National Association* |
| PERKINS COIE LLP | LEE SMART, P.S., INC. |
| By: /s/ Kristine E. Kruger<br>Kristine E. Kruger, WSBA No. 44612<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>KKruger@perkinscoie.com<br><br>*Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2* | By: /s/ Marc Rosenberg<br>Marc Rosenberg, WSBA No. 31034<br>1800 One Convention Place<br>701 Pike St.<br>Seattle, WA 98101<br>Mr@leesmart.com<br><br>*Attorneys for Patenaude & Felix, APC* |

TROUTMAN PEPPER HAMILTON
SANDERS LLP

By: /s/ Justin G. Weber
Justin G. Weber
TROUTMAN PEPPER HAMILTON
SANDERS LLP
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, Pennsylvania 17108-1181
Phone: 717.255.1155
Fax: 717.238.0575
Email: justin.weber@troutman.com

Timothy St. George
Noah J. DiPasquale
1001 Haxall Point, 15th Floor
Richmond, VA 23219
Phone: 804.697.1200
Email: Timothy.St.George@troutman.com
Email: Noah.DiPasquale@troutman.com

*Attorneys for Defendants National Collegiate*
*Student Loan Trust 2004-1, National Collegiate*
*Student Loan Trust 2004-2, National Collegiate*
*Student Loan Trust 2005-1, National Collegiate*
*Student Loan Trust 2005-2, National Collegiate*
*Student Loan Trust 2005-3, National Collegiate*
*Student Loan Trust 2006-1, National Collegiate*
*Student Loan Trust 2006-2, National Collegiate*
*Student Loan Trust 2007-1, National Collegiate*
*Student Loan Trust 2007-2*