THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSURE BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00669-DGE<br><br>STIPULATION AND ORDER CONSOLIDATING CASES |

**STIPULATION REGARDING CONSOLIDATION**

All Parties, through their respective counsel, stipulate as follows:

WHEREAS, the Parties previously filed a letter stating that they had been conferring regarding the consolidation of two cases currently pending in this Court before the Honorable David G. Estudillo: *Osure Brown v. Transworld Systems, Inc.* (No. 2:20-CV-00669) ("*O. Brown*") and *Tommy Brown v. Transworld Systems, Inc.* (No. 2:20-CV-00680) ("*T. Brown*") after removal by the Defendants from the state court;

WHEREAS, the remaining claims in each putative class action case relate to alleged actions undertaken to collect on the same ten student loans for the Plaintiff in O. Brown (who is the primary borrower) and the Plaintiff in T. Brown (who is the co-borrower);

WHEREAS, the Parties also believe at this stage that consolidation will result in substantial efficiencies in regard to streamlining the remaining discovery, motions practice, and the time and cost to the Parties and preservation of Court resources;

WHEREAS, pursuant to Federal Rule of Civil Procedure 42 and Local Rule 42, the Parties have met and conferred and, for the foregoing reasons, agree that the O. Brown and T. Brown cases should be consolidated for all purposes, class certification, discovery, and trial; and

WHEREAS, both cases were filed April 6, 2020, in Washington Superior Court for King County, and the O. Brown case was the first of the two cases removed to this Court and has the lower case number;

The Parties stipulate to, and request that the Court enter the following Order:

## ORDER OF CONSOLIDATION

1. The O. Brown and T. Brown cases are consolidated under the O. Brown case number No. 2:20-CV-00669, with a caption as follows:

    *Osure Brown and Tommy Brown, each on his own behalf and on behalf of other similarly situated persons*, Plaintiffs *v. Transworld Systems, Inc., U.S. Bank National Association, Patenaude & Felix APC, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2*, Defendants

2. Plaintiffs will propose to Defendants a consolidated complaint (the "Consolidated Complaint") that combines, but does not enlarge or alter, the remaining allegations and causes of actions set forth in the Second Amended Complaint from the O. Brown

case (ECF 139) and the Amended Complaint from the T. Brown case (ECF 104) by January 12, 2024.

3. The Parties will meet and confer regarding any objections to the Consolidated Complaint before January 26, 2024.

4. The agreed-upon Consolidated Complaint will be filed no later than January 26, 2024.

5. In the event the Parties cannot reach agreement on the scope of the Consolidated Complaint, the Plaintiffs shall file a Motion for Leave to File a Consolidated Complaint, in a form consistent with paragraph 2 of this Stipulation, no later than January 29, 2024.

6. Defendants shall answer or move to dismiss the Consolidated Complaint by February 27, 2024, if the Parties agree upon a Consolidated Complaint, or within 21 days of any order by this Court on the Motion for Leave to File a Consolidated Complaint. If any Defendant files a motion to dismiss, Plaintiffs' opposition shall be due 30 days from the date that Defendant(s) filed the motion(s), and Defendant(s)' reply shall be due 30 days from the date of Plaintiffs' opposition(s). The Noting Date for any motion to dismiss shall be the first Friday after the date that the Defendants' reply is due.

7. The Parties agree that discovery may continue and proceed during the pendency of any motions to dismiss the Consolidated Complaint that may be filed, subject to the following deadlines, which are adapted from the scheduling order in the T. Brown case dated October 23, 2023 (ECF 159). Discovery conducted to date in the T. Brown case shall be treated as if it were taken in the consolidated case.

| EVENT | DATE |
|---|---|
| Defendants' disclosure of experts relating to class certification and disclosure of available deposition dates | June 30, 2024 |
| Discovery deadline for class certification fact issues | August 12, 2024 |
| Plaintiffs' disclosure of rebuttal experts re: class certification and disclosure of available deposition dates for rebuttal expert | August 12, 2024 |
| Defendants' disclosure of rebuttal experts re: class certification and disclosure of available deposition dates for rebuttal expert | September 2, 2024 |
| Deadline to complete expert depositions | October 2, 2024 |
| Plaintiffs' motion for class certification due | October 14, 2024 or 45 days after the Court's order on any motions to dismiss the Consolidated Complaint, whichever is later. |
| Any defendant may file a dispositive motion relating to loan ownership related to Plaintiffs due | October 14, 2024 or 45 days after the Court's order on any motions to dismiss the Consolidated Complaint, whichever is later. |
| Defendants' response to Plaintiffs' motion for class certification due | November 15, 2024 or 90 days after the Court's order on any motions to dismiss the Consolidated Complaint, whichever is later. |
| Plaintiffs' response to any dispositive motion relating to loan ownership related to Plaintiffs due | November 15, 2024 or 90 days after the Court's order on any motions to dismiss the Consolidated Complaint, whichever is later. |

STIPULATION AND ORDER CONSOLIDATING CASES
– 4
(No. 2:20-CV-00669-DGE)

165022888.1

| Plaintiffs' reply to motion for class certification due | December 20, 2024 or 135 days after the Court's order on any motions to dismiss the Consolidated Complaint, whichever is later. |
|---|---|
| Any reply on motion relating to loan ownership related to Plaintiffs due | December 20, 2024 or 135 days after the Court's order on any motions to dismiss the Consolidated Complaint, whichever is later. |
| Noting date for motion for class certification and Trusts' motion relating to loan ownership (if filed) | December 27, 2024 or the first Friday one week after 135 days from the Court's order on any motions to dismiss the Consolidated Complaint, whichever is later. |
| Oral argument on motion for class certification and Trusts' motion relating to loan ownership, if deemed necessary by the Court | To be set by the Court, if needed. |
| Class notice and opt-out period, expert disclosures relating to merits, fact discovery, all other dispositive motions, pre-trial and trial deadlines | To be set by the Court after ruling on class certification and loan ownership, if needed. |

8. All deadlines regarding responses to the Second Amended Complaint in O. Brown and regarding discovery in T. Brown are vacated and replaced by the foregoing deadlines agreed to by the Parties and approved by the Court for the consolidated action.

9. Defendant Patenaude & Felix, APC's Motion to Deny Class Allegations in T. Brown (ECF Nos. 144, 148) and the response thereto is withdrawn without prejudice.

10. The extension of the above deadlines does not alter or modify any other rights or responsibilities of the Parties except as stated herein, permitted by law, or under the

STIPULATION AND ORDER CONSOLIDATING CASES
– 5
(No. 2:20-CV-00669-DGE)

165022888.1

Federal Rules of Civil Procedure, or the Local Civil Rules. Any party may file whatever motions they believe are just and appropriate in accordance to the same authorities.

IT IS SO ORDERED.

DATED this 17th day of January 2024.

David G. Estudillo
United States District Judge

STIPULATION AND ORDER CONSOLIDATING CASES – 6
(No. 2:20-CV-00669-DGE)

165022888.1

Presented by:

| | |
|---|---|
| HENRY & DEGRAAFF, P.S. | CONSUMER LAW CENTER, LLC |
| By: /s/ Christina L. Henry<br>Christina L. Henry, WSBA No. 31273<br>10728 16th Ave SW<br>Seattle, WA 98146<br>Telephone: 206.330.0595<br>Facsimile: 206.400.7609<br>chenry@HDM-legal.com<br><br>*Counsel for Plaintiffs* | By: /s/ Phillip Robinson<br>Phillip Robinson, *Pro Hac Vice*<br>10125 Colesville Road, Suite 378<br>Silver Spring, MD 20901<br>phillip@marylandconsumer.com<br><br>*Counsel for Plaintiffs* |
| BORISON FIRM, LLC | SESSIONS, ISRAEL & SHARTLE |
| By: /s/ Scott Borison<br>Scott Borison, *Pro Hac Vice*<br>5830 E. Second St., #95943<br>Casper, WY 82609<br>scott@borisonfirm.com<br><br>*Counsel for Plaintiff* | By: /s/ Bryan C. Shartle, Esq.<br>Bryan C. Shartle, *Pro Hac Vice*<br>Justin Homes, *Pro Hac Vice*<br>Bradley St. Angelo, *Pro Hac Vice*<br>3838 N. Causeway Boulevard, Suite 2800<br>Metairie, LA 70002-8319<br>bshartle@sessions.legal<br>jhomes@sessions.legal<br>bstangelo@sessions.legal<br><br>*Attorneys for Defendants*<br>*Transworld Systems Inc.* |
| CORR CRONIN LLP | JONES DAY |
| By: /s/ Emily J. Harris<br>Emily J. Harris, WSBA No. 35763<br>Benjamin C. Byers, WSBA No. 52299<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>eharris@corrcronin.com<br>bbyers@corrcronin.com<br><br>*Attorneys for Defendants*<br>*Transworld Systems Inc.* | By: Albert J. Rota<br>Albert J. Rota, *Pro Hac Vice*<br>2727 North Harwood St.<br>Dallas, TX 75201<br>ajrota@jonesday.com<br><br>*Attorneys for Defendants*<br>*U.S. Bank National Association* |

STIPULATION AND ORDER CONSOLIDATING CASES
– 1
(No. 2:20-CV-00669-DGE)

165022888.1

| | |
|---|---|
| PERKINS COIE LLP | LEE SMART, P.S., INC. |
| By: /s/ Kristine E. Kruger<br>Kristine E. Kruger, WSBA No. 44612<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>KKruger@perkinscoie.com | By: /s/ Marc Rosenberg<br>Marc Rosenberg, WSBA No. 31034<br>1800 One Convention Place<br>701 Pike St.<br>Seattle, WA 98101<br>Mr@leesmart.com |
| *Attorneys for Defendants*<br>*U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2* | *Attorneys for Defendants*<br>*Patenaude & Felix, APC* |

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Justin G. Weber
Justin G. Weber
TROUTMAN PEPPER HAMILTON SANDERS LLP
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, Pennsylvania 17108-1181
Phone: 717.255.1155
Fax: 717.238.0575 Email:
justin.weber@troutman.com

STIPULATION AND ORDER CONSOLIDATING CASES – 2
(No. 2:20-CV-00669-DGE)

165022888.1

| | |
|---|---|
| 1 | Timothy St. George |
| 2 | Noah J. DiPasquale |
| | 1001 Haxall Point, 15th Floor |
| 3 | Richmond, VA 23219 |
| | Phone: 804.697.1200 |
| 4 | Timothy.St.George@troutman.com |
| 5 | Noah.DiPasquale@troutman.com |
| 6 | *Attorneys for Defendants* |
| | *National Collegiate Student Loan Trust 2004-* |
| 7 | *1, National Collegiate Student Loan Trust* |
| | *2004-2, National Collegiate Student Loan* |
| 8 | *Trust 2005-1, National Collegiate Student* |
| | *Loan Trust 2005-2, National Collegiate* |
| 9 | *Student Loan Trust 2005-3, National* |
| 10 | *Collegiate Student Loan Trust 2006-1,* |
| | *National Collegiate Student Loan Trust 2006-* |
| 11 | *2, National Collegiate Student Loan Trust* |
| | *2007-1, National Collegiate Student Loan* |
| 12 | *Trust 2007-2* |

STIPULATION AND ORDER CONSOLIDATING CASES – 3
(No. 2:20-CV-00669-DGE)

165022888.1