THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OSURE BROWN and TOMMY BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00669-DGE<br><br>Consolidated with<br><br>No. 2:20-cv-00680-DGE<br><br>STIPULATION AND ORDER TO EXTEND TIME TO ANSWER CONSOLIDATED COMPLAINT AND ALTER STRUCTURE OF MOTION-TO-DISMISS BRIEFING<br><br>NOTE ON MOTION CALENDAR:<br><br>MAY 10, 2024 |

## **STIPULATION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), and for the following reasons, the parties hereby stipulate and agree to extend the time for all Defendants to respond to Plaintiffs' Consolidated Complaint (ECF 162) until and including May 31, 2024.

The Defendants anticipate filing separate motions to dismiss and seek additional time to coordinate in order to avoid needless duplication of arguments. To that end, the Defendants shall be permitted to file a joint brief in support of those motions in order to address arguments common to all Defendants. Such joint brief shall not exceed thirty (30) double-spaced paged. Each individual Defendant shall also each be permitted to file a separate motion-to-dismiss brief

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER CONSOLIDATED COMPLAINT
AND ALTER STRUCTURE OF MOTION-TO-
DISMISS BRIEFING – 1
(No. 2:20-cv-00669-DGE)

addressing arguments relevant to the individual Defendant. Such individual briefs shall not exceed sixteen (16) double-spaced pages each. Plaintiffs' opposition to the joint brief shall not exceed thirty (30) double-spaced pages and their opposition to each individual brief shall not exceed sixteen (16) double-spaced pages. Defendants' joint reply brief shall not exceed fifteen (15) double-spaced pages, and any reply in support of each Defendant's individual brief shall not exceed eight (8) double-spaced pages.

Plaintiffs take no position on the extension request and do not agree there is any basis for dismissal of any claims presented which were previously considered or could have been presented previously. The Plaintiffs will oppose any further motions to dismiss.

Such a stipulated briefing structure will save the Court and the Parties time and effort with respect to briefing on overlapping or identical issues. This stipulation does not alter or modify any other rights or responsibilities of the Parties except as stated herein or permitted by law or under the Federal Rules of Civil Procedure or the Local Civil Rules.

DATED: May 10, 2024

| | | |
|---|---|---|
| 1 | HENRY & DEGRAAFF, P.S. | CONSUMER LAW CENTER, LLC |
| 2 | By: /s/ Christina L. Henry | By: /s/ Phillip Robinson |
| 3 | Christina L. Henry, WSBA No. 31273<br>787 Maynard Ave S | Phillip Robinson, *Pro Hac Vice*<br>8737 Colesville Road, Suite 308 |
| 4 | Seattle, WA 98104<br>Telephone: 206.330.0595 | Silver Spring, MD 20910<br>phillip@marylandconsumer.com |
| 5 | Facsimile: 206.400.7609 | |
| 6 | chenry@HDM-legal.com | *Counsel for Plaintiffs* |
| 7 | *Counsel for Plaintiffs* | |
| 8 | | |
| 9 | BORISON FIRM, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| 10 | By: /s/ Scott Borison<br>Scott Borison, *Pro Hac Vice* | By: /s/ Bryan C. Shartle, Esq.<br>Bryan C. Shartle, *Pro Hac Vice* |
| 11 | 1900 S. Norfolk St., Suite 350<br>San Mateo, CA 94403 | Justin Homes, *Pro Hac Vice*<br>Bradley St. Angelo, *Pro Hac Vice* |
| 12 | scott@borisonfirm.com | 3838 North Causeway Boulevard, Suite 2800<br>Metairie, LA 70002 |
| 13 | *Counsel for Plaintiffs* | bshartle@sessions.legal<br>jhomes@sessions.legal |
| 14 | | bstangelo@sessions.legal |
| 15 | | *Attorneys for Transworld Systems Inc.* |
| 16 | | |
| 17 | CORR CRONIN LLP | JONES DAY |
| 18 | By: /s/ Emily J. Harris<br>Emily J. Harris, WSBA No. 35763 | By: /s/Albert J. Rota<br>Albert J. Rota, *Pro Hac Vice* |
| 19 | 1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154 | Anthony M. Masero, *Pro Hac Vice*<br>2727 North Harwood St. |
| 20 | eharris@corrcronin.com | Dallas, TX 75201<br>ajrota@jonesday.com |
| 21 | *Attorneys for Transworld Systems Inc.* | amasero@jonesday.com |
| 22 | | *Attorneys for U.S. Bank National Association* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO ANSWER CONSOLIDATED
COMPLAINT AND ALTER STRUCTURE OF
MOTION-TO-DISMISS BRIEFING – 3

| | | |
|---|---|---|
| 1 | PERKINS COIE LLP | LEE SMART, P.S., INC. |
| 2 | By: /s/ Kristine E. Kruger<br>Kristine E. Kruger #44612 | By: /s/ Marc Rosenberg<br>Marc Rosenberg, WSBA No. 31034 |
| 3 | 1201 Third Avenue, Suite 4900<br>Seattle, WA 98101 | Andrew Gustafson, WSBA No. 51399<br>1800 One Convention Place |
| 4 | Telephone: 206.359.8000<br>Facsimile: 206.359.9000 | 701 Pike St.<br>Seattle, WA 98101 |
| 5 | KKruger@perkinscoie.com | Mr@leesmart.com<br>ag@leesmart.com |
| 6 | *Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2* | *Attorneys for Patenaude & Felix, APC* |
| 13 | | |
| 14 | TROUTMAN PEPPER HAMILTON SANDER LLP | |
| 15 | By: /s/ Justin G. Weber<br>Justin G. Weber, *Pro Hac Vice* | |
| 16 | Noah J. Dipasquale, *Pro Hac Vice*<br>Timothy J. St. George, *Pro Hac Vice* | |
| 17 | 100 Market Street, Suite 200<br>Harrisburg, PA 17101 | |
| 18 | justin.weber@troutman.com<br>noah.dipasquale@troutman.com | |
| 19 | tim.stgeorge@troutman.com | |
| 20 | *Counsel for National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2* | |

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO ANSWER CONSOLIDATED
COMPLAINT AND ALTER STRUCTURE OF
MOTION-TO-DISMISS BRIEFING – 4

**ORDER**

IT IS SO ORDERED.

1. Defendants' deadline to respond to the Consolidated Complaint is hereby extended to May 31, 2024.

2. To avoid needless duplication of arguments, the Defendants are hereby permitted to file a joint brief to address motion-to-dismiss arguments common to all Defendants. Such joint brief shall not exceed thirty (30) double-spaced pages. Each individual Defendant shall also be permitted to file a separate motion-to-dismiss brief addressing arguments relevant to the individual Defendant. Any such individual brief shall not exceed sixteen (16) double-spaced pages. Plaintiffs' opposition to the joint brief shall not exceed thirty (30) double-spaced pages and their opposition to each individual brief shall not exceed sixteen (16) double-spaced pages. Defendants' joint reply brief shall not exceed fifteen (15) double-spaced pages, and the reply in support of any Defendant's individual brief shall not exceed eight (8) double-spaced pages.

   **The Parties are cautioned not to abuse this briefing structure and are otherwise directed not to duplicate arguments in the joint and individual motions to dismiss.

3. This order does not alter or modify any other rights or responsibilities of the Parties except as stated herein or permitted by law or under the Federal Rules of Civil Procedure or the Local Civil Rules.

DATED this 16th day of May, 2024.

David G. Estudillo
**UNITED STATES DISTRICT JUDGE**

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER CONSOLIDATED COMPLAINT
AND ALTER STRUCTURE OF MOTION-TO-
DISMISS BRIEFING – 5
(No. 2:20-cv-00669-DGE)