UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSURE BROWN, TOMMY BROWN<br><br>                    Plaintiffs,<br>         v.<br><br>TRANSWORLD SYSTEMS INC et al.<br><br>                    Defendants. | CASE NO. 2:20-cv-00669-DGE<br><br>ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS WITH PREJUDICE (DKT. NO. 186) |

    Defendants seek an order of dismissal with prejudice.  (Dkt. No. 186.)  The Court previously granted Defendants' Joint Motion to Dismiss Consolidated Complaint Under Rule 12(b)(6).  (*See* Dkt. Nos. 165, 185.)  Having done so, Defendants assert there "are no claims or viable claims left after entry of this Court's Oder on the parties' dispositive motions."  (Dkt. No. 186 at 2, citing Dkt. No. 185.)  Defendants also assert any purported amendment to the operative complaint would be futile and that dismissal with prejudice is warranted.  (*Id*. at 3–4.)

    Plaintiffs have not filed an opposition to Defendants' request for an order of dismissal with prejudice.  Nor have Plaintiffs sought leave to amend since the Court granted the Joint

ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS WITH PREJUDICE (DKT. NO. 186) - 1

Motion to Dismiss.  There being no opposition, the Court can only conclude any attempts to amend the operative complaint would be futile.

Accordingly, Defendants motion to dismiss with prejudice (Dkt. No. 186) is GRANTED.

The Clerk is directed to enter judgment in favor of Defendants.

Dated this 18th day of November, 2024.

David G. Estudillo
United States District Judge