# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OSURE BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRANSWORLD SYSTEMS INC, et al.,<br><br>　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:20-cv-00669-DGE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The defendant's motion to dismiss with prejudice, Dkt. 186, is GRANTED.

Judgment is entered in favor of Defendants.

This case is closed.

Dated this 18th day of November 2024.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　*s/Carrie Smith*
　　　　　　　　　　　　　　　　　　Deputy Clerk